IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| IVAN HERNANDEZ-ORTIZ | 3:23CR0105-E |

### INDICTMENT

The Grand Jury charges:

Count One
Illegal Reentry After Removal from the United States
(Violation of 8 U.S.C. § 1326(a))

On or about January 19, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Ivan HERNANDEZ-Ortiz**, an alien, was found in the United States after having been deported and removed therefrom on or about February 12, 2020, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a), the penalty for which is found at 8 U.S.C. § 1326(b)(1).

Indictment—Page 1

A TRUE BILL:

*[signature]*
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*[signature]*
NICOLE T. HAMMOND
Assistant United States Attorney
District of Columbia Bar No. 1044796
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8713
Fax: 214-659-8773
Email: nicole.hammond2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

IVAN HERNANDEZ-ORTIZ

INDICTMENT

8 U.S.C. § 1326(a)
Illegal Reentry After Removal from the United States
(Count 1)

1 Count

A true bill rendered

_____ *[signature]*
DALLAS                                                                            FOREPERSON

Filed in open court this  21  day of March, 2023.

---

**Warrant to be Issued - In State Custody**

---

*[signature]*
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending